IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

THE ESTATE OF BETTY JEAN
ALEXANDER, DECEASED                                                    PLAINTIFF

V.                                       CIVIL ACTION NO. 1:23cv192 TBM-RPM

NEWREZ, LLC f/k/a NEW PENN
FINANCIAL, LLC d/b/a SHELLPOINT
MORTGAGE SERVICING; RUBIN LUBLIN, LLC;
NEK RESTAURANT HOLDINGS, LLC;
COLONY PARK CONDOMINIUM ASSOCIATION,
INC.; WILLIAM L. PEEBLES; FELICIA D.
ALEXANDER AND JOHN DOE 1-5                                            DEFENDANTS

ENTRY OF APPEARANCE

COMES NOW the TIM C. HOLLEMAN, BOYCE HOLLEMAN & ASSOCIATES and enters

his appearance in this civil action as Attorney for the Defendant, COLONY PARK

CONDOMINIUM ASSOCIATION, INC. and reasserts this Defendant's Motion to Dismiss

pursuant to Rule 12(b)(6) of the Mississippi Rules of Civil Procedure and for Sanctions under

the Mississippi Litigation Accountability Act Miss. Code Ann. § 11-55-5 or Rule 11 of the

Mississippi Rules of Civil Procedure filed prior to removal.

Respectfully submitted this the 13th day of September, 2023.

COLONY PARK CONDOMINIUM ASSOCIATION,
INC., Defendant
By and through its attorneys

BOYCE HOLLEMAN & ASSOCIATES

BY:  /s/ TIM C. HOLLEMAN

<u>CERTIFICATE</u>

I, Tim C. Holleman, do hereby certify that I have electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification to all counsel of record.

THIS the 13th day of September, 2023.

/s/ TIM C. HOLLEMAN

Tim C. Holleman (MS Bar#2526)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd. Gulfport, Ms 39501
Office: 228-863-3142
Fax:    228-863-9829
Email: tim@boyceholleman.com